# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

135670

HEALING PLACE AT NORTH OAKLAND
MEDICAL CENTER, HEALING PLACE,
LTD., NEW START, INC., and EDGAR NAYLOR,
      Plaintiffs-Appellants,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee.

SC: 135670
COA: 272960
Oakland CC: 2005-065333-NF

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

l0716